| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:03CR00278(EBB) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR04 0576 rsm |

| NAME AND ADDRESS OF PROBATIONER: Travis Lee Myers 6519 South 153rd Street #2 Tukwila, WA 98188 | DISTRICT CONNECTICUT | DIVISION NEW HAVEN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Ellen Bree Burns, Senior U.S. District Judge | |
| | DATES OF PROBATION: | FROM August 3, 2004 | TO August 2, 2007 |

**OFFENSE**

Conspiracy to Commit Criminal Copyright Infringement, in violation of 18 U.S.C. § 371

U.S. DISTRICT COURT
NEW HAVEN CT
2005 JAN 11 P

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR DISTRICT OF CONNECTICUT

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Western District of Washington, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.

Dec. 1, 2004
Date                                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan 3, 2005
Effective Date                                        United States District Judge